John R. Bates  
Attorney at Law  
436 Fair Avenue, NW  
New Philadelphia, OH 44663-1904  
Telephone: 330-339-0000  
Facsimile: 1-866-379-1162

September 10, 2015

Clerk  
Ralph Regula U.S. Courthouse  
401 McKinley Avenue, SW  
Canton, OH 44702-1905

Re: **AMENDED CHANGE OF ADDRESS** for *Mary Joyce Caldwell, United States Bankruptcy Court, Northern District of Ohio, Eastern Division, Case No. 10-63687 (Chapter 13).*

Dear Clerk:

Please change the mailing address of the above-named debtor*s* to:

Mary Joyce Caldwell  
14 Key West Ave  
Winter Haven FL 33880

Yours truly,

*/s/ John R. Bates*

John R. Bates